

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| RENE RAYOS, | | No. 08-13-00347-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 393rd District Court |
| | § | |
| DALLAS AREA RAPID TRANSIT, | | of Denton County, Texas |
| | § | |
| Appellee. | | (TC # 2011-60285-393) |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of prosecution. Finding that Appellant has failed to pay the case filing fee and has failed to comply with a notice by the Clerk requiring a response, we dismiss the appeal.

Appellant filed a notice with the trial court clerk seeking to appeal the judgment of the trial court but did not pay the case filing fee of $195 as required by TEX.R.APP.P. 5 nor did Appellant establish indigence in accordance with TEX.R.APP.P. 20.1. On December 3, 2013, the Clerk of the Court made a second request for payment of the filing fee. The Clerk notified Appellant that the filing fee had not been paid and failure to pay it within twenty days could result in dismissal of the appeal pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to the Clerk's inquiries. We therefore dismiss the appeal.

February 19, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.